**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>counsel: Pat Harris<br>counsel: | **Judge : Bill Wilson**<br>**Reporter: P. Merkel**<br>**Clerk: M. Johnson**<br>**Interpreter:** |
| **vs** | **USPO: T. Guerra** |
| **BOBBY ALTWON HART**<br>counsel: Michael Booker<br>counsel: | **Date: August 1, 2007** |
| | **CASE NO: 4:04CR00169-05-WRW** |

**COURT PROCEEDING: Hearing on Motion**

**Begin: 2:43 p.m.**                                                                                    **End: 3:00 p.m.**

**Court calls case and reviews to present; Gov't makes statement to Court; Deft counsel and deft make statements to Court; Order to be entered.**

**Court in recess.**

**CourthearingMinutes.wpd**